UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
MILTON WILLIAMS, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                      Plaintiffs,

                      v.

DME SUPPLY USA, LLC,

                      Defendant.
-------------------------------------- x

No.: 1:23-cv-6690

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), MILTON WILLIAMS, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, DME SUPPLY USA, LLC, with prejudice and without fees and costs.

Dated: New York, New York
       March 8, 2024

                                        **GOTTLIEB & ASSOCIATES PLLC**

                                        */s/Michael A. LaBollita, Esq.*

                                        Michael A. LaBollita, Esq., (ML-9985)
                                        150 East 18th Street, Suite PHR
                                        New York, NY 10003
                                        Phone: (212) 228-9795
                                        Fax: (212) 982-6284
                                        Michael@Gottlieb.legal

                                        *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge